United States District Court
Southern District of Texas
**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JARROD NEWSOME, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:20-CV-01481 |
| | § | |
| INTERNATIONAL PAPER COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 9, 2023, Defendant International Paper Company's Motion for Summary Judgment (Dkt. 30) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 67. On December 1, 2023, Plaintiff Jarrod Newsome's Motion to Extend Time (Dkt. 36) was also referred to Judge Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 70. Judge Edison filed a Memorandum and Recommendation on February 8, 2024, recommending that Defendant's Motion for Summary Judgment (Dkt. 30) be **GRANTED** and Plaintiff's Motion to Extend Time (Dkt. 36) be **DENIED**. *See* Dkt. 75.

On February 22, 2024, Plaintiff filed his Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may

"accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 75) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Motion for Summary Judgment (Dkt. 30) is **GRANTED**;

(3) Plaintiff's Motion to Extend Time (Dkt. 36) is **DENIED**; and

(4) Plaintiff's request for an oral hearing is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 28th day of February 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE